# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| SUNTRUST BANK, as Successor Trustee of the Tom B. Swann Residual Trust,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN STONER and JEFFREY L. JONES,<br><br>    Defendants. | No. 3:07-cv-397<br>(Phillips) |

## ORDER

This matter is before the court on Lawrence F. Giordano's Motion to Withdraw as counsel for defendant Jeffrey L. Jones [Doc. 27]. Defendant Jones personally joined in the motion and indicated therein that he intends to represent himself. For good cause stated, the Motion to Withdraw [Doc. 27] is **GRANTED**. As indicated in the motion, defendant Jones will henceforth proceed pro se.

**IT IS SO ORDERED**.

ENTER:

    s/ Thomas W. Phillips
    United States District Judge