UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **SUNTRUST BANK,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 3:07-CV-397 |
| | ) (Phillips/Guyton) |
| **JOHN STONER, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Julie Murphy Burnstein requests the court for admission to practice in this case pro hac vice on behalf of plaintiff, Suntrust Bank, Doc. [40]. Ms. Burnstein states that she is a member in good standing of the United States District Court for the Middle District of Tennessee, and has attached a certificate of good standing from that court to her motion. Accordingly, the motion for admission pro hac vice of counsel for plaintiff, Doc. [40] is **GRANTED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge